No. 73–6450.   BROWN *v.* UNITED STATES; and

No. 73–6480.   BROWN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1286.   WADLEIGH-MAURICE, LTD., ET AL. *v.* TAGGART.   C. A. 3d Cir.   Motions of Motion Picture Association of America, Inc., and Authors League of America, Inc., for leave to file briefs as *amici curiae* granted.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5803.   BEASLEY ET AL. *v.* UNITED STATES, 416 U. S. 941;

No. 73–6195.   SAYLES *v.* GESELL, U. S. DISTRICT JUDGE, 416 U. S. 934; and

No. 73–6233.   ALFORD *v.* UNITED STATES CIVIL SERVICE COMMISSION ET AL., 416 U. S. 959.   Petitions for rehearing denied.

No. 73–988.   CARLSON *v.* CALIFORNIA, 415 U. S. 985. Motion for leave to file petition for rehearing denied.

